■ In the Matter of GUY McEACHIN, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Cor-

rectional Services, Respondent. [902 NYS2d 468]—Motion for reargument granted and, upon reargument, the memorandum and order entered March 26, 2010 (71 AD3d 1558 [2010]) is amended by deleting the ordering paragraph and substituting the following ordering paragraph "that the determination is unanimously confirmed without costs and the petition is dismissed" and by deleting the last paragraph of the memorandum. Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.